# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

JOHN OLAGUES
    Plaintiff(s)

vs.                                                             Case Number:  4:17-CV-00153-GKF-TLW

WPX ENERGY INC., et al.
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:
> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____WPX ENERGY INC._____
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**
   (Check one)  ☑ YES   ☐ NO

2. **Does party have any parent corporations?**
   (Check one)  ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**
   (Check one)  ☐ YES   ☑ NO

   If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  23rd  day of     May     , 20 17 .

| /s/ Steven J. Adams | |
|---|---|
| Signature | |
| Steven J. Adams | OBA No. 142 |
| Printed Name | Bar Number |
| GableGotwals | |
| Firm Name | |
| 100 W. 5th Street, Ste. 1100 | |
| Address | |
| Tulsa | OK    74103 |
| City | State   ZIP |
| 918-595-4876 | 918-595-4990 |
| Phone | Fax |
| sadams@gablelaw.com; rpittman@gablelaw.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 23, 2017</u> (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

None

I hereby certify that on <u>May 23, 2017</u> (Date), I served the same document by

- [✓] U.S. Postal Service
- [ ] In Person Delivery
- [ ] Courier Service
- [ ] E-Mail

on the following, who are not registered participants of the ECF system:

> John Olagues, Pro Se
> 413 Sauve Rd.
> River Ridge, LA 70123

Name(s) and Address(es):

/s/ Steven J. Adams
Signature