UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

JOHN OLAGUES,

    Plaintiff,

v.

RICHARD E. MUNCRIEF, DENNIS CAMERON, and WPX ENERGY, INC.,

    Defendants.

Case No. 17-CV-153-GKF-TLW

## ENTRY OF APPEARANCE

**COMES NOW,** Ronald C. Kaufman and Chad R. Richardson of the firm Kaufman & Richardson, LLP who hereby enter their appearance in the above styled cause on behalf of the Plaintiff John Olagues.

Ronald C. Kaufman Esq.
OBA# 17657
Chad Richardson
OBA# 015589
(844) 773-3638
57200 E HWY 125
#3721
Monkey Island, OK 74133
rkaufman@kaufmanrichardson.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

Ronald C. Kaufman